[No. 14979-6-II.   Division Two.   July 15, 1993.]

*In the Matter of the Marriage of* JO ELLEN DOOLING, *Appellant, and* JOHN H. DOOLING, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-3-04565-1, Frederick B. Hayes, J., entered

May 7, 1991. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Green, J. Pro Tem.